UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE COMPUTER ASSOCIATES
INTERNATIONAL, INC. DERIVATIVE    04-CV-2697(TCP)
LITIGATION
**MEMORANDUM
AND ORDER**
----------------------------------------------------------X

PLATT, District Judge.

Before the Court is Computer Associates Special Litigation Committee's (CA SLC) motion seeking to have sealed certain exhibits submitted by Ranger Governance, Ltd. in its Memorandum of Law in Opposition to the CA SLC's motion to dismiss and be realigned as parties in the instant case.

On October 29, 2007, this Court denied CA SLC's motion without prejudice to renew after finding that it would be unproductive to decide CA SLC's motion to dismiss and be realigned until the Second Circuit Court of Appeals decides Ranger Governance, Ltd.'s appeal of this Court's denial of its Rule 60(b) motion on August 1, 2007.

In light of the foregoing and the denial of CA SLC's motion to dismiss, the Court finds that it would be a waste of judicial resources to decide the instant motion to seal certain documents contained in Ranger Governance, Ltd.'s opposition papers at this time.

Accordingly, CA SLC's instant motion to seal is held in abeyance

until such time as the CA SLC renews its motion to dismiss and be realigned.

SO ORDERED.

/s/<br>THOMAS C. PLATT, U.S.D.J.

Dated: December 10, 2007
      Central Islip, New York