UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
CA, INC.,

               Plaintiff,

     v.                                04 Civ. 2697 (TCP) (ETB)

CHARLES WANG, PETER SCHWARTZ,
SANJAY KUMAR, IRA ZAR, STEVEN
WOGHIN, STEPHEN RICHARDS, DAVID
RIVARD, LLOYD SILVERSTEIN and
RUSSELL ARTZT,

               Defendants.
------------------------------------x

## NOTICE OF DISMISSAL AS TO STEVEN WOGHIN

       PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff CA, Inc. hereby dismisses with prejudice all of its claims in this action against Defendant Steven Woghin, without costs or attorneys' fees to either party as against the other.

Dated: New York, New York
       November 16, 2010

                                      SULLIVAN & CROMWELL LLP

                                      By: _____
                                          David B. Tulchin
                                              tulchind@sullcrom.com
                                          Tracy Richelle High
                                              hight@sullcrom.com
                                          William B. Monahan
                                              monahanw@sullcrom.com
                                        125 Broad Street
                                        New York, New York 10004
                                        (212) 558-4000

                                        *Attorneys for CA, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 16, 2010, a copy of the foregoing Notice of Dismissal as to Steven Woghin was served by U.S. Mail on the following persons:

| | |
|---|---|
| Vincent A. Sama<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, New York 10016<br>*Attorneys for Charles Wang* | Henry Putzel III<br>Law Offices of Henry Putzel III<br>565 Fifth Avenue<br>New York, New York 10017<br>*Attorneys for Peter Schwartz* |
| Douglas A. Cooper<br>Ruskin Moscou Faltischek, P.C.<br>1425 RexCorp Plaza<br>East Tower, 15th Floor<br>Uniondale, New York 11556<br>*Attorneys for Russell M. Artzt* | Lawrence G. McMichael<br>Dilworth Paxson LLP<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, Pennsylvania 19102-2101<br>*Attorneys for Sanjay Kumar* |
| William J. Schwartz<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>*Attorneys for Stephen Richards* | David Meister<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, New York 10036<br>*Attorneys for David Rivard* |
| Joseph N. Campolo<br>Campolo, Middleton & McCormick, LLP<br>3340 Veterans Memorial Highway, Suite 400<br>Bohemia, New York 11716<br>*Attorneys for Lloyd Silverstein* | Andrew M. Lawler<br>Andrew M. Lawler, P.C.<br>641 Lexington Avenue, 27th Floor<br>New York, New York 10022<br>*Attorneys for Ira Zar* |
| Matthew E. Fishbein<br>Debevoise & Plimpton, LLP<br>919 Third Avenue<br>New York, New York 10022<br>*Attorneys for Steven Woghin* | |

William B. Monahan