# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 16, 2010

By Electronic Filing (ECF)

The Honorable E. Thomas Boyle,
   United States Magistrate Judge,
   United States District Court
   Eastern District of New York,
    Alfonse M. D'Amato United States Courthouse,
    100 Federal Plaza,
     Central Islip, New York 11722.

        Re:   *CA, Inc. v. Wang et al.*, 04 Civ. 2697 (TCP) (ETB)

Dear Judge Boyle:

        We are counsel for CA, Inc. ("CA") and provide herein this status report in compliance with the Court's November 10, 2010 Order.

        On October 1, 2010, Judge Platt issued an Order (Docket No. 271) granting CA's motion to dismiss certain claims in this action and to re-align CA as the plaintiff with respect to certain other claims. Specifically:

    (1)    Judge Platt dismissed with prejudice all claims in this action against the Honorable Alfonse D'Amato, Kenneth Cron, Gary Fernandes, Richard Grasso, Robert La Blanc, Jay Lorsch, Michael McElroy, Roel Pieper, Lewis Ranieri, Walter Schuetze, Willem de Vogel, KPMG LLP and Ernst & Young LLP. Accordingly, they are no longer defendants in this action.

    (2)    Judge Platt re-aligned CA as plaintiff with respect to its claims against Charles Wang, Peter Schwartz, Russell Artzt, David Kaplan, Sanjay Kumar, Charles McWade, Stephen Richards, David Rivard, Lloyd Silverstein, Steven Woghin and Ira Zar.

        In the period since entry of the October 1 Order, CA has entered into negotiations with the eleven persons listed in category (2) above. As of today, CA has

The Honorable E. Thomas Boyle                                                    -2-

reached settlements with eight of them.  CA has filed notices of dismissal of its claims against Kaplan, McWade and Woghin, and notices of dismissal as to Artzt, Rivard, Silverstein and Zar will be filed shortly, in accordance with those settlement agreements. As to the eighth defendant with whom CA has settled (Kumar), CA has moved for entry of a $15.25 million judgment, on consent, against him.  That motion is pending before Judge Platt.

As to the remaining three (Wang, Schwartz and Richards), CA is prepared to file and serve an amended complaint.  Should Your Honor wish to schedule a settlement conference before CA files its complaint, CA is available at the Court's convenience.  Otherwise, CA will proceed by November 30.

Respectfully,

David B. Tulchin

cc:      Counsel on the attached service list (by ECF and e-mail)

## SERVICE LIST

| | |
|---|---|
| Vincent A. Sama<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, New York 10016<br>vsama@winston.com<br>*Attorneys for Charles Wang* | Henry Putzel III<br>Law Offices of Henry Putzel III<br>565 Fifth Avenue<br>New York, New York 10017<br>hputzel@earthlink.net<br>*Attorneys for Peter Schwartz* |
| Douglas A. Cooper<br>Ruskin Moscou Faltischek, P.C.<br>1425 RexCorp Plaza<br>East Tower, 15th Floor<br>Uniondale, New York 11556<br>dcooper@rmfpc.com<br>*Attorneys for Russell M. Artzt* | Lawrence G. McMichael<br>Dilworth Paxson LLP<br>1500 Market Street<br>Suite 3500E<br>Philadelphia, Pennsylvania 19102-2101<br>lmcmichael@dilworthlaw.com<br>*Attorneys for Sanjay Kumar* |
| Joseph N. Campolo<br>Campolo, Middleton & McCormick, LLP<br>3340 Veterans Memorial Highway, Suite 400<br>Bohemia, New York 11716<br>jcampolo@cmnallp.com<br>*Attorneys for Lloyd Silverstein* | Andrew M. Lawler<br>Andrew M. Lawler, P.C.<br>641 Lexington Avenue, 27th Floor<br>New York, New York 10022<br>alawler@amlpc.com<br>*Attorneys for Ira Zar* |
| William J. Schwartz<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>wschwartz@cooley.com<br>*Attorneys for Stephen Richards* | David Meister<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, New York 10036<br>david.meister@skadden.com<br>*Attorneys for David Rivard* |