UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CA, INC.,

                Plaintiff,

    v.

CHARLES WANG, PETER SCHWARTZ,
STEPHEN RICHARDS, DAVID RIVARD,
LLOYD SILVERSTEIN and RUSSELL
ARTZT,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

: 04 Civ. 2697 (TCP) (ETB)

### NOTICE OF DISMISSAL AS TO DAVID RIVARD

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff CA, Inc. hereby dismisses with prejudice all of its claims in this action against Defendant David Rivard, without costs or attorneys' fees to either party as against the other.

Dated: New York, New York
       November 18, 2010

SULLIVAN & CROMWELL LLP

By: _____
    David B. Tulchin
       tulchind@sullcrom.com
    Tracy Richelle High
       hight@sullcrom.com
    William B. Monahan
       monahanw@sullcrom.com
    125 Broad Street
    New York, New York 10004
    (212) 558-4000

*Attorneys for CA, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 18, 2010, a copy of the foregoing Notice of Dismissal as to David Rivard was served by U.S. Mail on the following persons:

| | |
|---|---|
| Vincent A. Sama<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, New York 10016<br>*Attorneys for Charles Wang* | Henry Putzel III<br>Law Offices of Henry Putzel III<br>565 Fifth Avenue<br>New York, New York 10017<br>*Attorneys for Peter Schwartz* |
| Douglas A. Cooper<br>Ruskin Moscou Faltischek, P.C.<br>1425 RexCorp Plaza<br>East Tower, 15th Floor<br>Uniondale, New York 11556<br>*Attorneys for Russell M. Artzt* | Joseph N. Campolo<br>Campolo, Middleton & McCormick, LLP<br>3340 Veterans Memorial Highway, Suite 400<br>Bohemia, New York 11716<br>*Attorneys for Lloyd Silverstein* |
| William J. Schwartz<br>Cooley LLP<br>1114 Avenue of the Americas<br>New York, New York 10036<br>*Attorneys for Stephen Richards* | David Meister<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, New York 10036<br>*Attorneys for David Rivard* |

/s/ William B. Monahan
William B. Monahan