UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------x
CA, INC.,

                Plaintiff,

      v.                            04 Civ. 2697 (TCP) (ETB)

CHARLES WANG, PETER SCHWARTZ,
STEPHEN RICHARDS, DAVID RIVARD,
LLOYD SILVERSTEIN and RUSSELL
ARTZT,

                Defendants.
---------------------------------x

### NOTICE OF DISMISSAL AS TO DAVID RIVARD

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P.,

Plaintiff CA, Inc. hereby dismisses with prejudice all of its claims in this action against

Defendant David Rivard, without costs or attorneys' fees to either party as against the other.

Dated: New York, New York
       November 18, 2010

                                       SULLIVAN & CROMWELL LLP

                                       By: /s/ David B. Tulchin
                                         David B. Tulchin
                                           tulchind@sullcrom.com
                                         Tracy Richelle High
                                           hight@sullcrom.com
                                         William B. Monahan
                                           monahanw@sullcrom.com
                                         125 Broad Street
                                         New York, New York 10004
                                         (212) 558-4000

                                       *Attorneys for CA, Inc.*

So Ordered.

Thomas C. Platt, U.S.D.J.
November 19, 2010