

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
CA, INC.,

     Plaintiff,

  v.           : 04 Civ. 2697 (TCP) (ETB)

CHARLES WANG, PETER SCHWARTZ,
SANJAY KUMAR, IRA ZAR, STEVEN
WOGHIN, STEPHEN RICHARDS, DAVID
KAPLAN, DAVID RIVARD, LLOYD
SILVERSTEIN, CHARLES MCWADE and
RUSSELL ARTZT,

     Defendants.
----------------------------------x

### NOTICE OF DISMISSAL AS TO DAVID KAPLAN

  PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff CA, Inc. hereby dismisses with prejudice all of its claims in this action against Defendant David Kaplan, without costs or attorneys' fees to either party as against the other.

Dated: New York, New York
   November 9, 2010

           SULLIVAN & CROMWELL LLP

           By: _____
            David B. Tulchin
             tulchind@sullcrom.com
            Tracy Richelle High
             hight@sullcrom.com
            William B. Monahan
             monahanw@sullcrom.com
            125 Broad Street
            New York, New York 10004
            (212) 558-4000

           *Attorneys for CA, Inc.*

So Ordered.

Thomas C. Platt, U.S.D.J
November 12, 2010