UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
CA, INC.,

                Plaintiff,

    v.                                    04 Civ. 2697 (TCP) (ETB)

CHARLES WANG, PETER SCHWARTZ,
SANJAY KUMAR, IRA ZAR, STEVEN
WOGHIN, STEPHEN RICHARDS, DAVID
RIVARD, LLOYD SILVERSTEIN,
CHARLES MCWADE and RUSSELL
ARTZT,

                Defendants.
----------------------------------x

## NOTICE OF DISMISSAL AS TO CHARLES MCWADE

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff CA, Inc. hereby dismisses with prejudice all of its claims in this action against Defendant Charles McWade, without costs or attorneys' fees to either party as against the other.

Dated: New York, New York
       November 11, 2010

                                       SULLIVAN & CROMWELL LLP

                                       By: _____
                                           David B. Tulchin
                                              tulchind@sullcrom.com
                                          Tracy Richelle High
                                              hight@sullcrom.com
                                          William B. Monahan
                                              monahanw@sullcrom.com
                                          125 Broad Street
                                          New York, New York 10004
                                          (212) 558-4000

                                          *Attorneys for CA, Inc.*

So ordered

_____
Thomas C. Platt, U.S.D.J.
November 12, 2010