DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
CA, INC.,

               Plaintiff,

     v.                              04 Civ. 2697 (TCP) (ETB)

CHARLES WANG, PETER SCHWARTZ,
SANJAY KUMAR, IRA ZAR, STEPHEN
RICHARDS, DAVID RIVARD, LLOYD
SILVERSTEIN and RUSSELL ARTZT,

               Defendants.
----------------------------------x

## NOTICE OF DISMISSAL AS TO IRA ZAR

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff CA, Inc. hereby dismisses with prejudice all of its claims in this action against Defendant Ira Zar, without costs or attorneys' fees to either party as against the other.

Dated: New York, New York
       November 17, 2010

                                                SULLIVAN & CROMWELL LLP

                                                By: _____
                                                   David B. Tulchin
                                                      tulchind@sullcrom.com
                                                 Tracy Richelle High
                                                      hight@sullcrom.com
                                                 William B. Monahan
                                                     monahanw@sullcrom.com
                                                125 Broad Street
                                                New York, New York 10004
                                                (212) 558-4000

                                                *Attorneys for CA, Inc.*

So Ordered.

_____
Thomas C. Platt, U.S.D.J.
November 18, 2010