```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 0 7 2011 ★
LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

CA, INC.,

                Plaintiff,

     - against -

CHARLES WANG and PETER SCHWARTZ,

                Defendants.

-----------------------------------------------------------X

**JUDGMENT**

CV-04-2697 (TCP)

A Memorandum and Order of Honorable Thomas C. Platt, United States District Judge, having been filed on November 4, 2011, denying Plaintiff's request to overturn Defendants' releases pursuant to Fed. R. Civ. P. 60(d)(1), granting Defendants' motion to dismiss Plaintiff's amended complaint for failure to state a claim upon which relief can be granted, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff take nothing of Defendants; that Plaintiff's request to overturn Defendants' releases pursuant to Fed. R. Civ. P. 60(d)(1) is denied; that Defendants' motion to dismiss Plaintiff's amended complaint for failure to state a claim upon which relief can be granted is granted; and that this case is hereby closed.

Dated: Central Islip, New York
       November 7, 2011

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                       By:   /s/ Catherine Vukovich
                            Deputy Clerk